UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORI LYNN QUICK BEAR,

    Plaintiff,

vs.

CASE NO. 3:10-cv-448-J-34TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

# O R D E R

This matter is before the Court on Plaintiff's amended Affidavit of Indigency (Doc. #6),[1] which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

The Court may allow a plaintiff to proceed without the prepayment of fees or costs where the plaintiff has demonstrated through the filing of an affidavit that he or she is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff has provided an affidavit showing that Plaintiff meets the financial criteria which would entitle a plaintiff to be eligible to proceed *in forma pauperis*. Therefore, Plaintiff's Affidavit of Indigency (Doc. #6), which the Court construes as a motion for leave to proceed *in forma pauperis*, is hereby **GRANTED**.

---

[1] Plaintiff's original Affidavit of Indigency (Doc. #2), which the Court construed as a motion for leave to proceed *in forma pauperis,* was denied without prejudice with leave to re-file because it was not notarized (Doc. #5, Order). The amended Affidavit of Indigency corrects this deficiency, as it has been sworn to before a notary public (*see* Doc. #6 at 5).

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of June, 2010.

Copies to all counsel of record
and *pro se* parties, if any

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge