**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LORI QUICK BEAR,

    Plaintiff,

vs.                                     CASE NO.: 3:10-cv-448-J-34TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## **ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 20; Report), entered by the Honorable Thomas E. Morris, United States Magistrate Judge, on August 8, 2011. Upon consideration of Plaintiff's Complaint seeking review of the final decision of the Commissioner of the Social Security Administration (the Commissioner) denying Plaintiff's claims for disability insurance benefits, Plaintiff's Memorandum in Support of the Appeal of the Commissioner's Decision (Doc. No. 15), Defendant's Memorandum in Support of the Commissioner's Decision (Doc. No. 16), as well the record, Judge Morris recommended that this Court affirm the Commissioner's decision. See Report. On August 22, 2011, Plaintiff filed her Objection to Report and Recommendation Dated August 8, 2011 (Doc. No. 21), and on August 26, 2011, Defendant filed Defendant's Response to Plaintiff's Objections to the Report and Recommendation (Doc. No. 22).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-Ftm-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in Judge Morris's Report, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by Judge Morris to the extent that judgment will be entered for the Defendant. Accordingly, it is hereby

**ORDERED:**

1. The objections set forth in Plaintiff's Objection to Report and Recommendation (Doc. No. 21) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation is **ADOPTED**.

3. The Clerk of the Court is directed to enter judgment for the Defendant, and thereafter, close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2011.

**MARCIA MORALES HOWARD**
United States District Judge

i15
Copies to:
Counsel of Record